ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BIBBY FINANCIAL SERVICES (CA), INC., ) | CASE NO. 5:05CV01494 |
| Plaintiff, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | JUDGMENT ENTRY |
| PHIL GARDNER, individually d/b/a, ) PHIL GARDNER WHOLESALE FURNITURE, ) | |
| Defendant. ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgement Entry, the Court hereby awards plaintiff $16,208.33 in attorney fees, $2,363.93 in costs, and $69,208.74 in prejudgment interest. Plaintiff is also entitled to postjudgment interest at the federal statutory interest rate pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

_September 29, 2006_____     _s/John R. Adams_____
Date                              John R. Adams
                                  U.S. District Court Judge